O

JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| PROTIVITI INC., | Case № 2:23-cv-08442-ODW (PDx) |
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| PROTIVITI LLC et al., | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///
///
///

Pursuant to the Court's Order granting in part Plaintiff's Motion for Entry of Default Judgment, (ECF No. 31), and Minute Order dismissing Defendant Clifford Osmena and Plaintiff's conversion claim, (ECF No. 45), **IT IS HEREBY ORDERED, ADJUDGED, and DEGREED**:

1. **JUDGMENT** is entered in favor of Plaintiff and against Defendant Protiviti LLC, on Plaintiff's claims for trademark infringement under 15 U.S.C. § 1114(1), unfair competition and false designation of origin under 15 U.S.C. § 1125(a), common law trademark infringement, and unfair competition under California Business & Professional Code section 17200 *et seq*., in accordance with this Court's Order granting in part Plaintiff's Motion for Entry of Default Judgment;

2. Protiviti LLC and its officers, agents, and employees and all those persons in active concert of participation with them who receive actual notice of this Judgment by personal service; service on a registered agent; service by any other manner permitted under Federal Rule of Civil Procedure 4(h) and/or California Code of Civil Procedure § 415.20; mail to Protiviti LLC's business address at 42 West Mountain View Street, Long Beach, California 90805; or otherwise, are hereby **PERMANENTLY ENJOINED AND RESTRAINED** from infringing the following:

    a. Plaintiff's trademarks shown in U.S. Trademark Registration Nos. 2,741,346; 2,773,603; and 5,511,808 in violation of 15 U.S.C. § 1114 by offering services and/or manufacturing, selling, offering for sale, distributing, importing, and/or exporting products that bear marks that are confusingly similar to Plaintiff's registered trademarks;

    b. Plaintiff's common law trademark PROTIVITI in violation of 15 U.S.C. § 1125(a) by manufacturing, selling, offering for sale,

distributing, importing and/or exporting products, or offering any services, that bear marks that are confusingly similar to Plaintiff's common law trademark;

3.    If, at any future time, Protiviti LLC, its agents, representatives, employees, assigns, suppliers, or any persons acting in concert with it, are found to have violated this Judgment, they shall be liable for all attorneys' fees and costs reasonably incurred by Plaintiff to enforce this Judgment or otherwise remedy such violation; and

4.    The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

August 1, 2025

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**